**SAL'S LANDSCAPING & LAWN CARE, INC.**

v.

**Arvind DELVADIA**

v.

**Hearthstone Homes, Inc.**

**Petition of: Arvind Delvadia**

**No. 25 MAL 2017**

Supreme Court of Pennsylvania.

June 14, 2017

## ORDER

PER CURIAM

**AND NOW,** this 14th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Hilda CID, Respondent**

v.

**ERIE INSURANCE GROUP aka Erie Insurance Exchange a/k/a Erie Insurance Company, Petitioner**

**No. 17 EAL 2017**

Supreme Court of Pennsylvania.

June 14, 2017

## ORDER

PER CURIAM

**AND NOW,** this 14th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**